IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RONNIE KEYES                                                                                                PLAINTIFF

        v.                     Civil No. 05-5121

SHERIFF TIM HELDER; and the
WASHINGTON COUNTY DETENTION
CENTER MEDICAL STAFF                                           DEFENDANTS

## **ORDER**

Plaintiff's complaint was filed in this case on July 11, 2005. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claim.

Accordingly, it is ordered that plaintiff, Ronnie Keyes, complete and sign the attached addendum to his complaint, and return the same to the court **by October 7, 2005. Plaintiff is advised that should he fail to return the completed and executed addendum by October 7, 2005, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 8th day of September 2005.

                                                                   /s/ Beverly Stites Jones
                                                                  UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RONNIE KEYES                                                                                    PLAINTIFF

                v.                                   Civil No. 05-5121

SHERIFF TIM HELDER; and the
WASHINGTON COUNTY DETENTION
CENTER MEDICAL STAFF                                                                    DEFENDANTS

**ADDENDUM TO COMPLAINT**

TO: RONNIE KEYES

     This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by October 7, 2005**. Failure to do so will result in the dismissal of your complaint.

     The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

     In your complaint, you allege that your constitutional rights are being violated because your medication "Sulindac, Methocarbamol depression medicine" was taken off the medical cart by the jail medical staff. You state the medication was replaced with Tylenol.

     1. Please provide the dates of your incarceration at the Washington County Detention Center (WCDC).

     Answer:

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

      2. Are you incarcerated solely because of pending criminal charges, or are you serving a sentence, or has your probation, parole, or supervised release been revoked?

      Answer:

_____

_____

_____

_____

      3. You indicate your medication was taken away from you. Please state: (a) when you were first prescribed the medication; (b) who prescribed the medication; (c) what condition the medication was prescribed for; (d) whether you took the medication for a period of time after you were incarcerated at the WCDC; and (e) what day the medication was taken away from you.

      Answer:

_____

_____

_____

_____

_____

_____

_____

_____

      4. You have named the jail medical staff as defendants. Please state: (a) whether you are referring to a jail nurse, or jail doctor, or both; (b) the name of the jail nurse, or jail doctor, or both; and (c) with respect to each, describe how he or she violated your federal constitutional rights.

      Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      5. You have named Sheriff Helder as a defendant. Was Sheriff Helder personally involved in having your medication taken off the medicine cart?

      Answer: Yes _____ No _____.

      If you answered yes, please describe Sheriff Helder's actions.

_____

_____

_____

      If you answered no, please state why you believe Sheriff Helder is liable for the actions taken by others.

_____

_____

_____

_____

_____

_____

      I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                                                              _____
                                                                              RONNIE KEYES

                                                                              _____
                                                                              DATE