```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

**RONNIE KEYES**                                                    **PLAINTIFF**

       **v.**             **Civil No. 05-5121**

**SHERIFF TIM HELDER;**
**DR. HOWARD; NURSE SUSAN**
**JOHNSON; and NURSE**
**RHONDA BRADLEY**                                                  **DEFENDANTS**

## O R D E R

Now on this 1st day of December, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #10), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims against separate defendant Sheriff Tim Helder are hereby **dismissed.**

**IT IS FURTHER ORDERED** that this matter is remanded to the Magistrate Judge for further report and recommendation on the remaining claims.

**IT IS SO ORDERED.**

                                                **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**