IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RONNIE KEYES     PLAINTIFF

v.     Civil No. 05-5121

DR. HOWARD; NURSE
SUSAN JOHNSON; and
NURSE RHONDA BRADLEY     DEFENDANTS

## ORDER

On January 18, 2006, defendants filed a motion to compel answers to discovery requests (Doc. 21). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on October 19, 2005. To date, defendants state they have not received plaintiff's responses or any communication from the plaintiff regarding his responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on February 6, 2006.**

By order entered on November 14, 2005 (Doc. 19), defendants were directed to file a motion for summary judgment on or before January 23, 2006. In their motion to compel, defendants indicate they cannot file the summary judgment motion until they receive the discovery responses from the plaintiff. For this reason, defendants are given until **March 6, 2006,** to file their

summary judgment motion. The court will assist the plaintiff in responding to the summary judgment motion by preparing a questionnaire. Accordingly, plaintiff should not to respond to the summary judgment motion until directed to do so by the court.

IT IS SO ORDERED this 20th day of January 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE