**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**RONNIE KEYES**                                                                 **PLAINTIFF**

**v.**                          **Civil No. 05-5121**

**DR. HOWARD; NURSE
SUSAN JOHNSON; and
NURSE RHONDA BRADLEYS**                               **DEFENDANTS**

## O R D E R

Now on this 15th day of August, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #31), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                    **/s/Jimm Larry Hendren
                                                    HON. JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE**